BRYCE B. BUCKWALTER
Nevada Bar No. 7626
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*bbuckwalter@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant
*American National General Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIGHTON GORE,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL GENERAL INSURANCE COMPANY,<br><br>  Defendants. | CASE NO: 2:23-cv-01046-CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, BRIGHTON GORE, by and through her counsel BRUCE D. TINGEY, of TINGEY INJURY LAW FIRM, and Defendant, AMERICAN NATIONAL GENERAL INSURANCE COMPANY by and through its counsel, BRYCE B. BUCKWALTER of KEATING LAW GROUP, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 19th day of January, 2024.                DATED this 19th day of January, 2024

TINGEY INJURY LAW FIRM                                **K E A T I N G** LAW GROUP

By: _____ #14508 For:                         By: _____
BRUCE D. TINGEY                                       BRYCE B. BUCKWALTER
Nevada Bar No. 5151                                   Nevada Bar No. 7626
817 S. Main Street                                    9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89101                               Las Vegas, Nevada 89148
Attorney for Plaintiff                                Attorney for Defendant
BRIGHTON GORE                                         AMERICAN NATIONAL GENERAL INSURANCE COMPANY

1

## ORDER

Based upon the foregoing stipulation and good cause appearing;

IT IS SO ORDERED that Plaintiff's actions against Defendant AMERICAN NATIONAL GENERAL INSURANCE COMPANY, and all claims related thereto shall be, and are hereby, dismissed with prejudice, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that plaintiff's motion to remand to state court [ECF No. 8] is DENIED as moot. The Clerk of Court is kindly instructed to close this case.

Dated: January 23, 2024

_____
HONORABLE CRISTINA D. SILVA
UNITED STATED DISTRICT JUDGE

Respectfully Submitted by:

**KEATING** LAW GROUP

By: /s/ Bryce B. Buckwalter
BRYCE B. BUCKWALTER
Nevada Bar No. 7626
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
(702) 228-6800 Phone
bbuckwalter@keatinglg.com
Attorney for Defendant
AMERICAN NATIONAL GENERAL
INSURANCE COMPANY

2